11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT



Delfino Ortega Jr.,

\* From the 266th District Court
of Erath County,
Trial Court No. CR14847.

Vs. No. 11-19-00081-CR

\* October 18, 2019

The State of Texas,

\* Per Curiam Memorandum Opinion
(Panel consists of: Bailey, C.J.,
Stretcher, J., and Wright, S.C.J.,
sitting by assignment)
(Willson, J., not participating)

This court has inspected the record in this cause and concludes that there is error in the judgment below. Therefore, in accordance with this court's opinion, we modify the judgment of the trial court to change the "Time Payment Fee" from $25.00 to $2.50 and affirm the judgment as modified.